■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN M. EASTMAN, Appellant. [815 NYS2d 877]—Appeal from a judgment of the Wyoming County Court (Mark H. Dadd, J.), rendered March 3, 2005. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Nichols*, 21 AD3d 1273, 1274-1275 [2005], *lv denied* 6 NY3d 757 [2005]). Present—Pigott, Jr., P.J., Kehoe, Gorski, Green and Pine, JJ.